| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SIMS' PERSONAL PROPERTY ) | |
| Specifically Described as a 2012 ) | **JUDGMENT** |
| Volkswagen Passat SEL, ) | |
| VIN: 1VWCH7A34CC057759, and any ) | No. 7:12-CV-332-FL |
| and all proceeds from the sale of said ) | |
| property, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THOMAS EDWARD SIMS, II, ) | |
| ) | |
| Claimant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 20, 2013, for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted and claimant's motion for summary judgment is denied. The defendant property is forfeited to the United States for disposal by the United States Marshal according to law.

**This Judgment Filed and Entered on August 22, 2013, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
William L. Davis, III (via CM/ECF Notice of Electronic Filing)


August 22, 2013          JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk